IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

RYAN HYSELL and CRYSTAL HYSELL,
on behalf of their daughter, AUBRIE HYSELL,

    Plaintiffs,

v.                                Case No. 5:18-cv-01375

RALEIGH GENERAL HOSPITAL, and
THE UNITED STATES OF AMERICA,

    Defendants.

FILED JUN -3 2021 — RORY L. PERRY II, CLERK, U.S. District Court, Southern District of West Virginia

## SPECIAL INTERROGATORY FORM

We, the members of the jury, unanimously, by a preponderance of the evidence, and in accordance with the instructions from the Court, find as follows:

1. As to deviations from the standard of care, if any, by Raleigh General Hospital ("RGH") **and/or** the United States of America ("USA") in the treatment of Aubrie Hysell by their respective employees on October 29, 2010:

    RGH deviated:                              Yes ✓   No ____

    USA deviated:                              Yes ✓   No ____

*If you answered "No" in both spaces above, please sign this form and advise the Court Security Officer that you have reached a verdict.*
*If you answered "Yes" in either space, please proceed to question 2.*

2. As to whether the above deviation(s) from the standard of care **was/were** a proximate cause of injuries to Aubrie Hysell:

    RGH's deviation was a proximate cause:     Yes ✓   No ____

    The USA's deviation was a proximate cause: Yes ✓   No ____

*If you answered "No" in both spaces immediately above, please sign this form and advise the Court Security Officer that you have reached a verdict.*
*If you answered "Yes" in either space, please proceed to question 3.*

3. We find the percentage of fault (totaling 100%) for each Defendant for whom a "Yes" answer was checked as to both questions 1 and 2 above as follows:

| | | |
|---|---|---|
| RGH | 70 | % |
| USA | 30 | % |
| | TOTAL | 100% |

4. The total amount of damage suffered by Aubrie Hysell is as follows:

| | |
|---|---|
| For noneconomic losses, if any: | $ 1,000,000.00 |
| For future lost earnings, if any: | $ 837,527.00 |
| For future medical treatment, attendant care, and other therapies, if any: | $ 9,000,000.00 |
| TOTAL | $ 10,837,527.00 |

Dated: June 02, 2021

Foreperson

2