UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

RYAN HYSELL and CRYSTAL HYSELL, on
behalf of their daughter, A.H., a minor,

    Plaintiffs,

v.                                     CIVIL ACTION NO. 5:18-cv-01375

RALEIGH GENERAL HOSPITAL, and
THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER

The Court held a trial in this matter from May 18, 2021, until June 2, 2021. Following the presentation of evidence and witness testimony, the Court held its ruling as to the United States of America in abeyance and **ORDERED** as follows:

1. Counsel are **DIRECTED** to obtain a transcript of the proceeding and ensure a copy of the transcript is filed on the docket;

2. Counsel are **DIRECTED** to prepare draft Proposed Findings of Fact and Conclusions of Law by July 1, 2021, which should include citations to the record and any legal authority supporting such findings and conclusions, and exchange the same with the opponent(s); and

3. Counsel are **DIRECTED** to file their final Proposed Findings of Fact and Conclusions of Law by July 15, 2021.

The Clerk is directed to send a copy of this Order forthwith to counsel of record in this matter.

ENTERED: June 21, 2021

*Frank W. Volk*
Frank W. Volk
United States District Judge