UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

RYAN HYSELL and CRYSTAL HYSELL,
*on behalf of their daughter*, A.H., *a minor*,

        Plaintiffs,

v.                              CIVIL ACTION NO. 5:18-cv-01375

RALEIGH GENERAL HOSPITAL and
THE UNITED STATES OF AMERICA,

        Defendants.

## ORDER

For reasons appearing to the Court, after receiving the Parties' Joint Notice Regarding Collateral Source and Remittitur [Doc. 341], filed April 20, 2022, it is **ORDERED** as follows:

1. The Plaintiffs file a brief respecting the applicability of *West Virginia Code* Section 55-7b-9a on or before **June 1, 2022**;

2. The Defendants file a response on or before **June 10, 2022**; and

3. That the matter be set for hearing on **June 27, 2022, at 10:30 a.m. in Beckley, West Virginia**.

The Clerk is directed to send a copy of this Order to counsel of record.

                ENTER:        April 25, 2022

                                          /s/ Frank W. Volk
                                          Frank W. Volk
                                          United States District Judge