IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

RYAN HYSELL and CRYSTAL HYSELL,
on behalf of their daughter, A.H., a minor,

Plaintiffs,

v.

RALEIGH GENERAL HOSPITAL, *et al.,*

Defendants.

Case No. 5:18-cv-01375
Judge: Frank W. Volk

## JOINT MOTION FOR EXTENSION OF TIME

**COME NOW** Plaintiffs and Defendant United States of America jointly through the undersigned counsel, and respectfully submit this Joint Motion for Extension of Time, and in support of this motion state as follows:

1. Defendant United States of America (hereinafter "Defendant USA") filed a Motion to Vacate, Alter, and/or Amend the Judgment Entered in this Civil Action and/or For New Trial on April 28, 2022.

2. Plaintiffs' response to Defendant USA's motion is currently due May 12, 2022, and Defendant USA's reply brief is currently due June 10, 2022.

3. Counsel for Plaintiffs and Counsel for Defendant USA jointly seek an extension of time whereby Plaintiffs' response to Defendant USA's motion would be due no later than June 1, 2022, and Defendant USA's reply brief would be due no later than due June 20, 2022.

4. Because the Plaintiffs and Defendant USA have each joined in this motion, no party will be prejudiced by the requested relief.

**WHEREFORE,** the Plaintiffs and Defendant USA respectfully request this Honorable Court enter an order granting their Joint Motion for Extension of Time, and any further relief this Honorable Court deems just and proper.

Respectfully submitted,

| PAULSON & NACE, PLLC | UNITED STATES DEPARTMENT OF JUSTICE |
|---|---|
| /s/ Christopher T. Nace | /s/ Fred B. Westfall, Jr. |

Christopher T. Nace, Esq. #11464
Matthew A. Nace, Esq. #13072
1025 Thomas Jefferson St., NW
Suite 810
Washington, DC 20007
(202) 463-1999 – Telephone
(202) 223-6824 – Facsimile
*ctnace@paulsonandnace.com*
*man@paulsonandnace.com*
*Counsel for Plaintiff*

Fred B. Westfall, Jr., Esq. #3992
Robert C. Byrd United States Courthouse
300 Virginia Street East, Suite 4000
Charleston, WV 25301
(304) 345-2200 - Telephone
(304) 347-5443 - Facsimile
*fred.westfall@usdoj.gov*
*Counsel for Defendant USA*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2022 I caused a true and exact copy of the foregoing to be served via CM/ECF upon:

Mr. Fred B. Westfall, Jr., Esq.
Jason S. Bailey, Esq.
Jennifer M. Mankins, Esq.
United States Department of Justice
Robert C. Byrd United States Courthouse
300 Virginia Street, East
Suite 4000
Charleston, WV  25301
Phone: (304) 345-2200
Fax: (304) 347-5443
Email Address: fred.westfall@usdoj.gov
Email Address: jason.bailey2@usdoj.gov
Email Address: jennifer.mankins@usdoj.gov
*Counsel for USA*

D. C. Offutt, Jr., Esq.
Jody O. Simmons, Esq.
Shawna N. Pinkerton, Esq.
Offutt Nord Ashworth, PLLC
949 Third Avenue
Suite 300
PO Box 2862
Huntington, WV  25728
Phone: (304) 529-2868
Fax: (304) 529-2999
Email Address: dcoffutt@offuttnord.com
Email Address: jsimmons@offuttnord.com
Email Address: snpinkerton@offuttnord.com
*Counsel for RGH*

Bryan Essary, Esq.
C.J. Gideon, Jr., Esq.
Gideon, Essary, Tardio & Carter PLC
315 Deaderick Street
Suite 1100
Nashville, TN  37238
Phone: (615) 254-0400
Fax: (615) 254-0459
Email Address: bryan@getclawfirm.com
Email Address: cg@getclawfirm.com
*Counsel for RGH*

   */s/ Christopher T. Nace*
   Christopher T. Nace, Esq.