# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

RYAN HYSELL and CRYSTAL HYSELL, on
behalf of their daughter, A.H., a minor,

    Plaintiffs,

v.                                    CIVIL ACTION NO. 5:18-cv-01375

RALEIGH GENERAL HOSPITAL, and
THE UNITED STATES OF AMERICA,

    Defendants.

### ORDER

Pending is Defendants' Joint Motion to Extend the Deadline to File Notice of Appeal [Doc. 411]. Inasmuch as the collateral source offset issue remains pending, and for good cause shown, the Court **GRANTS** the Motion. *See* F. R. App. P. 4(a)(5). Accordingly, the Court **EXTENDS** the deadline to file a notice of appeal by an additional **thirty (30) days**.

The Clerk is directed to transmit a copy of this Order to counsel of record and to any unrepresented party.

ENTER: May 19, 2023



Frank W. Volk
United States District Judge